IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION


| | |
|---|---|
| MELISSA JOYCE HYERS, | * |
| | * |
|     Plaintiff | * |
| | * |
|     v. | * Civil Action Number: |
| | * |
| BACON COUNTY, GEORGIA; SHERIFF | * |
| ANDY BATTEN, Individually and in his | * |
| official capacity; BACON COUNTY, | * |
| GEORGIA SHERIFF'S DEPUTY LEVIN | * |
| BATTEN, Individually and in his official | * |
| capacity; BACON COUNTY, GEORGIA | * |
| SHERIFF'S DEPUTY HECTOR | * |
| ESPINOZA, Individually and in his official | * |
| capacity; BACON COUNTY, GEORGIA | * |
| DETENTION OFFICER KEVIN KIRKLAND, | * |
| Individually and in his official capacity; | * |
| ALMA-BACON COUNTY AMBULANCE | * |
| SERVICE PARAMEDIC HARVEY COLE, | * |
| Individually and in his official capacity; | * |
| ALMA-BACON COUNTY AMBULANCE | * |
| SERVICE ADVANCED EMT AMANDA | * |
| MORGAN, Individually and in her official | * |
| capacity; ALMA-BACON COUNTY | * |
| AMBULANCE SERVICE BRENT WHITE, | * |
| Individually and his his official capacity; | * |
| JOHN DOES, Individually and in his | * |
| official capacity; BACON COUNTY BOARD | * |
| OF COMMISSIONERS CHAIRMAN | * |
| SHANE TAYLOR, Individually and in his | * |
| official capacity, **AND** BACON COUNTY | * |
| BOARD OF COMMISSIONERS, | * |
| | * |
|     Defendants | * |

## NOTICE OF REMOVAL OF CIVIL ACTION

COME NOW all Defendants in the above-styled action and file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446. Defendants respectfully show the Court the following:

1.     The case of *Hyers v. Bacon County, et al.,* was filed and is presently pending in the State Court of Bacon County, Georgia, where it is designated as case number 2024-ST-SV-0050.

2.     Plaintiff contends that Defendants violated her rights under the United States Constitution. *See, e.g.,* Plaintiff's Complaint, ¶¶ 28, 37.

3.     This Court has jurisdiction in this matter on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and §1441(b).

4.     Defendants Hector Espinoza, Andy Batten, Shane Taylor, Harvey Cole, and Brent White were served with this action on September 3, 2024. This Notice of Removal has been filed within thirty days of these Defendants' receipt of notice of this action and is timely pursuant to 28 U.S.C. § 1446 (b)(3).

5.     All Defendants consent to removal.

6.     Venue properly rests in the Waycross Division of the United States District Court for the Southern District of Georgia, as this case is being removed from the State Court of Bacon County, Georgia. 28 U.S.C. §90(c)(5).

7.     True and correct copies of all process, pleadings and orders served in this action are attached hereto as Exhibit 1, as required by 28 U.S.C. §1446(a).

−2−

This second day of October, 2024.

/s/ Richard K. Strickland
Richard K. Strickland
Georgia Bar No. 687830

/s/ Emily R. Hancock
Emily R. Hancock
Georgia Bar No. 115145
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
rstrickland@brbcsw.com
ehancock@brbcsw.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy of the foregoing pleading, by depositing same in the United States mail with adequate postage thereon to assure delivery to:

Melissa Joyce Hyers, *Pro Se*
5208 Briarcliff Drive
Waycross, GA 31503

This second day of October, 2024.

/s/ Emily R. Hancock
Emily R. Hancock
Georgia Bar No. 115145
BROWN, READDICK, BUMGARTNER,
CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue (31520)
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
ehancock@brbcsw.com

**ATTORNEYS FOR DEFENDANTS**