IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MELISSA JOYCE HYERS, | |
| Plaintiff, | CIVIL ACTION NO.: 5:24-cv-75 |
| v. | |
| BACON COUNTY, GEORGIA, et al., | |
| Defendants. | |

**O R D E R**

Defendants removed this action from the Bacon County State Court on October 2, 2024. Doc. 1. On this same date, the Court issued its standard Rule 26 Instruction Order. Doc. 3. Defendants filed a motion for more definite statement on October 9, 2024, and a motion to stay on October 15, 2024. Docs. 5, 6. I granted the stay and advised the parties the stay would lift automatically if the Court granted the motion for more definite statement. Doc. 11. The Honorable Lisa Godbey Wood granted the motion for more definite statement on November 21, 2024. Doc. 12.

Federal Rule of Civil Procedure 26(f) requires the parties to meet and confer at the initiation of a lawsuit. Rule 26 requires the parties discuss a number of things, including the prospects for resolving a case, initial discovery disclosures, and a proposed discovery plan. The attorneys of record are "jointly responsible" for scheduling and attending the conference. Fed. R. Civ. P. 26(f)(2). Further, under Local Rule 26.1(e) of this Court, the parties must hold the Rule 26(f) conference within the later of 21 days of the filing of the notice of removal or the filing of the last defendant's answer, but in no event later than 45 days after the first appearance by answer or motion under Federal Rule of Civil Procedure 12 of a defendant named in the

original complaint.  Within 14 days of that conference, the parties are to file a report with the Court.  Local R. 26.1(b); Doc. 3.  Despite these guidelines and instructions from the Court, the parties have not filed their Rule 26(f) report.

Accordingly, the Court **ORDERS** the parties to confer under Rule 26(f) within seven days of this Order and submit a Rule 26(f) report within seven days of their Rule 26(f) conference.  The parties are to use and fully complete the Rule 26(f) form for use in Judge Wood/Judge Cheesbro cases, which can be found on the Court's website.

**SO ORDERED**, this 10th day of January, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA