IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MELISSA JOYCE HYERS, | |
| Plaintiff, | CIVIL ACTION NO.: 5:24-cv-75 |
| v. | |
| BACON COUNTY, GEORGIA, et al., | |
| Defendants. | |

**O R D E R**

The Court ordered the parties to submit their Rule 26(f) report within 21 days of the Order disposing of the motion to dismiss. Doc. 20. The Court denied the motion to dismiss on May 19, 2025, doc. 22, yet the parties have not filed their Rule 26(f) report, as directed. The parties shall submit their Rule 26(f) report no later than two days after the issuance of this Order. If the parties do not comply with this Court's Orders, the Court may impose sanctions on the parties, up to and including dismissal of this cause of action.[1]

**SO ORDERED**, this 26th day of June, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] I note Plaintiff has filed a Second Amended Complaint, and Defendants have moved for dismissal on the same grounds as Defendants previously moved. Docs. 14, 23, 24. Nothing in the Honorable Lisa Godbey Wood's Order serves to overrule my previous Order. Docs. 20, 22.